KRUG PARK AMUSEMENT COMPANY ET AL., APPELLEES, V. NEW BRUNSWICK FIRE INSURANCE COMPANY, APPELLANT.

FILED MAY 31, 1935. No. 29035.

*Wells, Martin, Lane & Offutt,* for appellant.

*Ziegler & Dunn, contra.*

Heard before GOSS, C. J., ROSE, GOOD, EBERLY, PAINE and CARTER, JJ., and REDICK, District Judge.

REDICK, District Judge.
This is a companion case to *Krug Park Amusement Co.*

*v. New York Underwriters Ins. Co., ante,* p. 239. The evidence is substantially the same and the principles governing the decision are identical, and in accordance with the principles therein announced the decree of the district court is reversed and case dismissed.

REVERSED AND DISMISSED.